UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TECHNICAL LED INTELLECTUAL PROPERTY, LLC,

    Plaintiff,

  v.

AEON LABS LLC,

    Defendant.

No. C 18-01847 WHA

**ORDER RE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 2, 2019, Magistrate Judge Jacqueline Scott Corley filed a report and recommendation that Technical LED Intellectual Property, LLC's ("plaintiff") motion for entry of default judgment be granted (Dkt. No. 49). Judge Corley previously ordered plaintiff to serve a copy of all case documents on Aeon Labs LLC ("defendant") (Dkt. No. 3). No evidence appears that plaintiff served the report and recommendation on defendant. Plaintiff must serve defendant by **FEBRUARY 12, 2020,** and file proof of service by **FEBRUARY 19, 2020**. The new deadline for defendant to object to Judge Corley's report and recommendation is **FEBRUARY 26, 2020**. This order must also be served on defendant and is subject to the same deadlines.

**IT IS SO ORDERED.**

Dated: February 6, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE